Herry KUSUMA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 11–70349.

United States Court of Appeals, Ninth Circuit.

Oct. 21, 2013.

Cindy Siuhuei Chang, Law Offices of Cindy S. Chang, Walnut, CA, for Petitioner.

OIL, Remi Da Rocha–Afodu, Trial, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Agency No. A088–121–765.

Before: FISHER, GOULD, and BYBEE, Circuit Judges.

ORDER

On January 7, 2013, the Board of Immigration Appeals reopened and terminated proceedings in this case for Kusuma to pursue an application for adjustment of status. Consequently, there is no final order of removal currently in effect, and this court lacks jurisdiction over the petition for review. *See* 8 U.S.C. § 1252(a)(1); *Alcala v. Holder*, 563 F.3d 1009, 1013 (9th Cir.2009). Thus, we grant Kusuma's July 12, 2013, motion to withdraw his petition for review.

**PETITION FOR REVIEW DISMISSED.**